**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| USA <br> PLAINTIFF(S) <br> v. <br> Victor NARANJO <br> DEFENDANT(S) | CASE NUMBER <br> SA14-362M <br> CR14-5449 BHS <br><br> AFFIDAVIT RE <br> OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: __Indictment__
in the __Western__ District of __Washington__ on __9/25/2014__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __1-8-2011__
in violation of Title __T18/T26__ U.S.C., Section(s) __842 / 5841__
to wit: __Poss. of Stolen Explosives + Unregistered Destructive Device__

A warrant for defendant's arrest was issued by: __Indictment__

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __October 2, 2014__, by
MARIA BARR
_____, Deputy Clerk.

__[signature]__  __James Sanders__
Signature of Agent  Print Name of Agent

__ATF__  __Special Agent__
Agency  Title

CR-52 (05/98)  AFFIDAVIT RE OUT-OF-DISTRICT WARRANT